**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GERALD EDWARDS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-CV-3559** |
| | : | |
| **KAREN B. RICE,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 23ʳᵈ day of August, 2019, upon consideration of Plaintiff Gerald Edwards's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons in the Court's Memorandum.

4. Mr. Edwards is given leave to amend within thirty (30) days of the date of this Order in the event he can state a claim against Ms. Rice. Any amended complaint must be a complete document that clearly sets forth the factual basis for Mr. Edwards's claims against Ms. Rice without relying solely on exhibits or other pleadings filed in this case. Upon the filing of any amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to furnish Mr. Edwards with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

6.      If Mr. Edwards fails to comply with this Order, his case may be dismissed for

failure to prosecute without further notice.




**BY THE COURT:**


S/Gene E.K. Pratter
**GENE E.K. PRATTER, J.**