IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD EDWARDS,** : | |
|      *Plaintiff* : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-CV-3559** |
| : | |
| **KAREN B. RICE,** : | |
|      *Defendant* : | |

## ORDER

AND NOW, this 17th day of September, 2020, it is **ORDERED** that:

1. Mr. Edward's "Letter," construed as an Amended Complaint (ECF No. 7) is **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER, J.

1