IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD EDWARDS,<br>    *Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| KAREN B. RICE,<br>    *Defendant* | : <br> : | No. 19- 3559 |

**ORDER**

AND NOW, this 30th day of September, 2021, upon consideration of Plaintiff Gerald Edwards's Complaint (Doc. No. 2), Mr. Edwards's Amended Complaint (Doc. No. 7), Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 20), and the responses thereto (Doc. Nos. 21, 22), it is **ORDERED** that:

1. The Motion to Dismiss (Doc. No. 20) is **DENIED** as to Mr. Edwards's Section 1983 claim alleging a Fourth Amendment violation based on the March 15, 2018 search of his property;

2. The Motion to Dismiss (Doc. No. 20) is **GRANTED WITH PREJUDICE** for Mr. Edwards's remaining claims.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

1