IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD EDWARDS,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| KAREN B. RICE-SMITH,<br>*Defendant* | : | No. 19-3559 |

## ORDER

**AND NOW**, this ___ day of June, 2022, upon consideration of Mr. Edwards's Motion for Summary Judgment (Doc. No. 29), Ms. Rice-Smith's Motion for Summary Judgment (Doc. No. 32), the responses and replies thereto (Doc. Nos. 33, 34, 36–40, & 42), Mr. Edwards's Motion for Entry of Default (Doc. No. 31), and Mr. Edwards's Motion to Strike (Doc. No. 35), it is hereby **ORDERED** that:

1. Mr. Edwards's Motions (Doc. Nos. 29, 31, & 35) are **DENIED** for the reasons set forth in the accompanying memorandum;

2. Ms. Rice-Smith's Motion for Summary Judgment (Doc. No. 32) is **GRANTED** for the reasons set forth in the accompanying memorandum; and

3. The Clerk of the Court shall mark the case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1